JTW: 10.01.20
USAO# 2020R000611/LNE:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. GLR21cr245 |
| | * | |
| TONY OLIVER, | * | (Possession of a Firearm and |
| | * | Ammunition by a Prohibited Person, |
| Defendant. | * | 18 U.S.C. § 922(g)(1); Forfeiture, 18 |
| | * | U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |

*******

### INDICTMENT

### COUNT ONE
(Felon In Possession of Firearm and Ammunition)

The Grand Jury for the District of Maryland charges that:

On or about June 28, 2019, in the District of Maryland, the defendant,

### TONY OLIVER

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Kel-Tec P11 9mm Luger pistol semi-automatic serial number 27018 loaded with 6 rounds of ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**TONY OLIVER**

shall forfeit to the United States the firearm involved in the commission of the offense a Kel-Tec P11 9mm Luger pistol semi-automatic serial number 27018 loaded with approximately 6 rounds of ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

*Jonathan F. Lenzner/LME*
Jonathan F. Lenzner
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

7/1/2021
Date